Jan 19, 2022

Dear Clerk of Court:

Please accept the enclosed packet as my Civil Rights complaint. I have also enclosed a copy of my "attempt at informal resolution" and an account statement for the past six months (I asked for twelve months but only received the six) in support of my Affidavit of Poverty and Account Certification (as required).

Lastly is a Motion for Pro Bono Counsel, as I lack the knowledge to present this case properly.

Thank-You for your time and attention in this matter.

Scott B. King #21992-021
FMC Devens
P.O. Box 879
DEVENS, MA   01432

FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

SCOTT BARRY KING

(Enter above the full name of the plaintiff in this action)

V.

Denise Rodriguez APN/NP

Abigail Lopez de Lasalle MD

Stephany McGann MD/CD

(Enter the full name of the defendant of defendants in this action)

COMPLAINT

Civil Action No. _____

(To be supplied by the Clerk of the Court)

## INSTRUCTIONS; READ CAREFULLY

1.    This complaint must be legibly handwritten or typewritten, signed by the plaintiff and   subscribed to under penalty of perjury as being true and correct.  All questions must be answered concisely in the proper space on the form.  Where more space is needed to answer any question, attach a separate sheet.

2.    In accordance with Rule 8 of the Federal Rules of Civil Procedure, the complaint should contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, (2) a short plain statement of the claim showing that you are entitled to relief, and (3) a demand for judgment for the relief which you seek.

3.    You must provide the full name of each defendant or defendants and where they can be found.

4.    You must send the original and one copy of the complaint to the Clerk of the District Court.  You must also send one additional copy of the complaint for each defendant to the Clerk. Do not send the complaint directly to the defendants.

5.    Upon receipt of a fee of $402.00 (a filing fee of $350.00, and an administrative fee of    $52.00), your complaint will be filed.  You will be responsible for service of a separate summons and copy of the complaint on each defendant.  See Rule 4, Federal Rule of Civil Procedure.

6.    If you cannot prepay the $402.00 fee, you may request permission to proceed in forma pauperis in accordance with the procedures  set forth in the application to proceed in forma pauperis.  See 28 U.S.C. §1915.  (If there is more than one plaintiff, each plaintiff must separately request permission to proceed in forma pauperis.)

7.    If you are given permission to proceed in forma pauperis, the $52.00 Administrative Fee will not be assessed.  The Clerk will prepare and issue a copy of the summons for each defendant.  The copies of summonses and the copies of the complaint  which you have submitted will be forwarded  by the Clerk to the United States Marshal, who is responsible for service.  The Marshal has USM-285 forms you must complete so that the Marshal can locate and serve each defendant.  If the forms are sent to you, you must complete them in full and return the forms to the Marshal.

## QUESTIONS TO BE ANSWERED

1a.    Jurisdiction is asserted pursuant to (CHECK ONE)

   ____  42 U.S.C. §1983 (applies to state prisoners)

   __✓__  Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

   If you want to assert jurisdiction under different or additional statutes, list these below:

   _____

1b.    Indicate whether you are a prisoner or other confined person as follows:

   ___ Pretrial detainee

   ___ Civilly-committed detainee

   ___ Immigration detainee

   ___ Convicted and sentenced state prisoner

   _✓_ Convicted and sentenced federal prisoner

   ___ Other: (please explain)_____

2.    Previously Dismissed Federal Civil Actions or Appeals

If you are proceeding in forma pauperis, list each civil action or appeal you have brought in a federal court while you were incarcerated or detained in any facility, that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted. Please note that a prisoner who has on three or more prior occasions, while detained in any facility, brought an action or appeal in a federal court that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted, will be denied in forma pauperis status unless that prisoner is under imminent danger of serious physical injury. See 28 U.S.C. § 1915(g).

a.    Parties to previous lawsuit:   N/A

Plaintiff(s): _____

_____

Defendant(s): _____

_____

b.    Court and docket number: _____

c.    Grounds for dismissal: ( )   frivolous    ( ) malicious

( )   failure to state a claim upon which relief may be granted

d.    Approximate date of filing lawsuit: _____

e.    Approximate date of disposition: _____

If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on separate sheets.

3.    Place of Present Confinement? *Federal Medical Center-Devens, Ma*

4.    Parties

(In item (a) below, place your name in the first blank and place your present address in the second blank. Do the same for additional Plaintiffs, if any.)

a.    Name of plaintiff: *Scott Barry King*

Address: FMC-Devens P.O. Box 879 Devens, Ma 01432

Inmate#: 21992-021

b.    First defendant:

Name: Denise Rodriguez

Official position: APN/NP - primary care provider

Place of employment: FCI - FAIRTON, NJ

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

ignored two elevated prostate screening scores, coupled with my numerous and continuous complaints of frequent urination, the passing of blood, and the prescribed medication not helping me. Allowing my cancer to spread

c.    Second defendant:

Name: Abigail Lopez de Lasalle

Official position: Medical Doctor

Place of employment: FCI - FAIRTON, NJ

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

ignored two elevated prostate screening scores, coupled with my numerous and continuous complaints of frequent urination, the passing of blood, and the prescribed medication not helping me. Allowing my cancer to spread

d.    If there are more than two defendants, attach a separate sheet. For each defendant specify: (1) name, (2) official position, (3) place of employment, and (4) involvement of the defendant.

THIRD defendant:

Name: Stephany McGann

Official position  Medical Doctor

Place of employment: FCI - FAIRTON, NJ

How is this person involved in the case?.

ignored two elevated prostate screening scores  coupled
with my numerous and continuous complaints of
frequent urination, the passing of blood, and the prescribed
medication not helping. Me, Allowing my cancer to spread

Page 4
(attachment)

5.   I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in the Statement of Claims on page 6.

_/_ Yes      ___ No

If your answer is "Yes," briefly describe the steps taken, including how relief was sought, from whom you sought relief, and the results.

Filed "BP-9" on July 17, 2021 while at FMC-Butner. Relief sought was that the parties involved be Fired or at least reprimanded. C.C. Michalski ruled that my filing was untimely (see attached)

If your answer is "No," briefly explain why administrative remedies were not exhausted.

_____

_____

_____

_____

6.   Statement of Claims

(State here as briefly as possible the facts of your case. Describe how each defendant violated your rights, giving dates and places. If you do not specify how each defendant violated your rights and the date(s) and place of the violations, your complaint may be dismissed. Include also the names of other persons who are involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach a separate sheet if necessary.)

It is my contention that Denise Rodriguez (in her role as my Nurse Practioner - Primary Care Provider) Abigail Lopez de Lasalle and Stephany McGann (in their roles as my doctors and supervisors of Denise Rodriguez) ignored a prostate screening score of 6.7 in February of 2018 and a follow-up prostate screening score of 4.79 in March of 2018

coupled with my complaints of frequent urination, difficulty with stopping my stream of urination, inability to empty my bladder, and eventually the passing of blood in my ejaculate as being the signs of prostate cancer. My complaints that the prescribed medication was at most providing little to no relief, at one point I stopped the Finasteride due to the passing of blood. Not once was a third Prostate Screen recommended nor was I offered a simple, yet uncomfortable, digital exam — which would have revealed my enlarged prostate. In December 2019, Upon my transfer to FMC-Devens (lower custody transfer) I was given a physical exam with-in a couple of weeks of my arrival. Dr Murray noticed the two previous elevated prostate screening scores, the urinary tract problems, along with the passing of blood and told me that a digital prostate exam was highly recommended. That simple exam saved my life. I was diagnosed by a Urologist with prostate cancer on Apr 6, 2020. Due to the cancer having spread I had to have a surgery (on May 12, 2020) followed-up with chemo shots and radiation to treat my cancer. I still have trouble with incontinence and erectile dysfunction — all because the Medical Staff assigned to treat me at FCI FAIRTON ignored all of the obvious signs of prostate cancer. And I can no longer procreate naturally.

7.    Relief

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

I ask that the parties involved be removed from their positions of patient care with-in the B.O.P. and that I be rewarded monetary damages in the sum of $3,000,000 U.S.

dollars.

8.   Do you request a jury or non-jury trial? (Check only one)

(X) Jury Trial ( ) Non-Jury Trial

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 13ᵗʰ day of January , 2022

_Scott B. King_
Signature of plaintiff*

(*EACH PLAINTIFF NAMED IN THE COMPLAINT MUST SIGN THE COMPLAINT HERE. ADD ADDITIONAL LINES IF THERE IS MORE THAN ONE PLAINTIFF. REMEMBER, EACH PLAINTIFF MUST SIGN THE COMPLAINT).